UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

O.S., individually and on behalf of D.P., a child with a disability,

                Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

20-CV-5072 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: May 11, 2021
      New York, New York

_____
J. PAUL OETKEN
United States District Judge